utive days. The Commission's decision is affirmed. Rule 84.16(b).

■

Amber KIMBROUGH, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 74353.

Missouri Court of Appeals, Western District.

June 26, 2012.

Amber L. Kimbrough, Moberly, MO, Appellant, pro se.

Bart A. Matanic, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Appellant, Amber Kimbrough, appeals the decision of the Labor and Industrial Relations Commission denying her request for unemployment benefits based upon its determination that Kimbrough was terminated for "misconduct" after she failed to show up for work or call in to notify her employer of her absences for three consec-